IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES CAMPBELL | ) | Case No. 12-10193-BLS |
| | ) | |
| Debtor | ) | Chapter 13 |

### ORDER

IT IS SO ORDERED this 26th day of November A.D., 2012, that the Objection to Proof of Claim Number 15–HSBC Bank Nevada, N.A., filed by counsel for Debtor, Vivian A. Houghton, Esquire is hereby granted. The Proof of Claim is amended to list the amount of $1,358.80 to be deemed fully unsecured.

.

_____
JUDGE